Commonwealth ex rel. Gitman, Appellant, *v.*
Gitman.

 Argued
June 12, 1968. *David N. Bressler*, with him *Calvin J. Friedberg*, for appellant; *Donald D. Dolbin*, for appellee.

Order affirmed.

WATKINS, J., absent.

Commonwealth ex rel. Jablonski, Appellant, *v.*
Stitzel.

Submitted June 10, 1968. *Eugene H. Jablonski*, appellant, in propria persona; *Arthur Ed. Saylor*, First Assistant District Attorney, and *Robert L. VanHoove*, District Attorney, for appellee.

Order affirmed.